UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC,<br><br>                              Debtor.<br><br>RONALD WINTERS, as Plan Administrator under the Chapter 11 Plan of Absolut Facilities Management, LLC,<br>                              Plaintiff,<br><br>    - against -<br><br>KAUFMAN BORGEEST & RYAN LLP,<br>                              Defendant. | Chapter 11<br><br>Case No. 19-76260 (AST)<br><br>Adv. Proc. No. 21-08137 (AST)<br><br>**NOTICE OF DISMISSAL OF<br>ADVERSARY PROCEEDING** |

PLEASE TAKE NOTICE, that Plaintiff Ronald Winters, as Plan Administrator under the Chapter 11 Plan of Absolut Facilities Management, LLC, hereby voluntarily dismisses this adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(A)(i), made applicable by Rule 7041.

Dated: New York, New York
       November 16, 2021

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Attorneys for Plaintiff*